UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Eric Douglas Johnson**　　　　　　　　　　　　　　　　　　　　**Docket No. 5:07-CR-131-1D**

**Petition for Action on Supervised Release**

COMES NOW Jeffrey L. Keller, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Eric Douglas Johnson, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon in violation of 18. U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on December 5, 2007, to 102 months imprisonment to be followed by a 3-year term of supervised release. The defendant was released from imprisonment and began his term of supervised release on May 19, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant tested positive for the use of marijuana on May 22, 2015, and July 16, 2015. Mr. Johnson has admitted to smoking marijuana to relieve stress. Johnson resides in Durham, North Carolina, and is supervised by a probation officer in the Middle District of North Carolina. The officer supervising Mr. Johnson recommends that the defendant be placed on location monitoring for a period of 60 days. In order to avoid jeopardizing Mr. Johnson's employment, location monitoring will be conducted via voice recognition technology rather than through a traditional ankle-based transmitter. Mr. Johnson agrees with his officer that this method of monitoring is acceptable to him. As a result, Johnson signed a Waiver of Hearing agreeing to the proposed modification of supervision on September 1, 2015.

**PRAYING THAT THE COURT WILL ORDER** that supervision be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Voice Recognition monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant shall pay for the costs of the program as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　is true and correct.
　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey L. Keller
　　　　　　　　　　　　　　　　　　　　Jeffrey L. Keller
　　　　　　　　　　　　　　　　　　　　Supervising U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue Room 610
　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8696
　　　　　　　　　　　　　　　　　　　　Executed On: September 2, 2015

Eric Douglas Johnson
Docket No. 5:07-CR-131-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __2__ day of __September__, 2015 and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge